UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEO H. VERGOTE,

    Plaintiff,

v.    Case No. 07-14218
    Hon. Sean F. Cox

DAVID R. DAWSON and
BOYER & DAWSON, P.C.,

    Defendants.
_____

## ORDER FOR SUPPLEMENTAL BRIEFING

This matter is before the Court on Plaintiff's Motion for summary judgment; and Defendants' Motion for dismissal pursuant to 28 U.S.C. § 1332 and for summary judgment.

The parties are hereby ordered to file supplemental briefing limited to the issue of whether breach of contract is the appropriate cause of action when an attorney allegedly charges an unreasonable fee. Plaintiff's brief, limited to ten (10) pages, shall be filed by **Monday, June 23, 2008**. Defendants' response brief, limited to ten (10) pages, shall be filed by **Monday, June 30, 2008.** Plaintiff's reply brief, limited to five (5) pages, shall be filed by **Friday, July 4, 2008.**

    **IT IS SO ORDERED.**

    **S/Sean F. Cox**
    **Sean F. Cox**
    **United States District Judge**

**Dated: June 16, 2008**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on**

June 16, 2008, by electronic and/or ordinary mail.

                                    **S/Jennifer Hernandez**
                                    **Case Manager**