UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEO H. VERGOTE,

    Plaintiff,

v.    Case No. 07-14218
    Hon. Sean F. Cox

DAVID R. DAWSON and
BOYER & DAWSON, P.C.,

    Defendants.

_____

## ORDER GRANTING PLAINTIFF'S
## MOTION RECONSIDERATION AND REOPENING CASE

This matter is before the Court on Plaintiff's Motion for Reconsideration of this Court's July 22, 2008 Opinion and Order. [Doc. 37]. The Court having reviewed Plaintiff's Motion and accompanying affidavit finds that Plaintiff has alleged sufficient facts to establish diversity subject matter jurisdiction.

Accordingly, Plaintiff's Motion for Reconsideration is **GRANTED** and the case will proceed. The scheduling order entered January 9, 2008 will remain in effect. The parties may resubmit briefing on the substantive issues of their motions to dismiss and/or for summary judgment.

    **IT IS SO ORDERED.**

                      s/Sean F. Cox
                      **Sean F. Cox**
                      **United States District Judge**

**Dated: August 1, 2008**

**I hereby certify that a copy of the foregoing document was served upon counsel of record**

**on August 1, 2008, by electronic and/or ordinary mail.**

                                        **s/Jennifer Hernandez**
                                        **Case Manager**